UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MSR TRUST,

                Plaintiff,
   -against-

NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER

                Defendant.
------------------------------------- x

ORDER

21 Civ. 3089 (GBD)(RWL)

GEORGE B. DANIELS, United States District Judge:

The July 8, 2021 initial conference is cancelled, in light of this Court's referral to Magistrate Judge Lehrburger for General Pretrial, Specific Non-Dispositive Disputes, and Dispositive Motions.

Dated: New York, New York
       June 16, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge