```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MSR TRUST,                                                  :
                                                            :   21-CV-3089 (GBD) (RWL)
                                Plaintiff,                  :
                                                            :
                - against -                                 :   ORDER
                                                            :
NATIONSTAR MORTGAGE LLC,                                    :
d/b/a MR. COOPER                                            :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     As an answer was filed on February 23, 2022, and the case deadlines are keyed off the answer, by **March 25, 2022**, the parties shall jointly file a letter setting out actual calendar dates for all remaining deadlines.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: March 16, 2022
        New York, New York

Copies transmitted this date to all counsel of record.