

Amy S. Kline
Phone: (215) 972-8567
Fax: (215) 972-7725
Amy.Kline@saul.com
www.saul.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2022
```

April 14, 2022

*via* CM/ECF
Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    RE:    MSR Trust v. Nationstar Mortgage LLC
            Case Number: 1:21-cv-03089-GBD-RWL
            <u>Motion to Dismiss Amended Counterclaims</u>

Dear Judge Lehrburger:

    We represent Plaintiff MSR Trust in the above-referenced matter. Per the Order dated March 17, 2022, we write to advise the Court that MSR Trust withdraws its initial motion to dismiss the counterclaim (Docs. 38-39) and plans to file revised motion papers in light of Defendant's amended counterclaims. MSR Trust will file the revised motion papers by April 28, 2022, in accordance with the briefing schedule previously established by the Court.

                                                  Respectfully,

                                                  Amy S. Kline

CC: All Counsel of Record (via CM/ECF)

In light of MSR's withdrawal of its initial motion papers and intent to file new motion papers based on Nationstar's amended pleading, the motion at Dkt. 38 is denied as moot.

SO ORDERED:

4/14/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Centre Square West ◆ 1500 Market Street, 38th Floor ◆ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ◆ Fax: (215) 972-7725

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP