

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/29/2022__

Stephanie L. Denker
Phone: (212) 980-7214
stephanie.denker@saul.com
www.saul.com

April 29, 2022

*via* **ECF**
Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street
New York, NY 10007

      RE:    MSR Trust v. Nationstar Mortgage LLC
              Case Number: 1:21-cv-03089-GBD-RWL

Dear Judge Lehrburger:

    We represent Plaintiff MSR Trust ("MSR") in the above-referenced matter. We write jointly on behalf of MSR and Defendant Nationstar Mortgage LLC ("Nationstar") in connection with Your Order dated March 28, 2022 which, if applicable, requires the parties to have a protocol for electronic discovery in place by April 29, 2022.

    The parties have discussed the ESI protocol and respectfully request a brief extension of time, until May 3, 2022, to submit a Joint Electronic Discovery Submission and Proposed Order on the same.

    Thank you for your consideration.

Sincerely,

Stephanie L. Denker

CC: All Counsel of Record (via ECF)

Request granted.
SO ORDERED:
4/29/2022
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1270 Avenue of the Americas, Suite 2005 ♦ New York, NY 10020 ♦ Phone: (212) 980-7200 ♦ Fax: (212) 980-7292

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP