

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2023

Amy S. Kline
Phone: (215) 972-8567
Fax: (215) 972-7725
Amy.Kline@saul.com
www.saul.com

June 13, 2023

Granted.

SO ORDERED:

6/13/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*via* CM/ECF
Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   MSR Trust v. Nationstar Mortgage LLC
      Case Number: 1:21-cv-03089-GBD-RWL
      Second Joint Letter Motion for Stay

Dear Judge Lehrburger:

We represent Plaintiff MSR Trust ("MSR Trust") in the above-referenced matter. We write jointly with Defendant Nationstar Mortgage LLC ("Nationstar") to request a thirty-day stay of all deadlines in this matter to finalize the settlement agreement.

On April 17, 2023, the Court granted a sixty-day stay to pursue settlement discussions until June 13, 2023 (Doc. 67). The parties have reached a settlement in principle concerning all claims at issue in this action, and are in the process of preparing the settlement agreement. Accordingly, the parties respectfully request an additional thirty days to finalize the settlement agreement.

This is the second request by either party for a stay of all deadlines to pursue settlement discussions. As noted above, the Court granted the first request.

Thank you for your consideration.

Respectfully submitted,

Amy S. Kline

CC: All Counsel of Record (via CM/ECF)

Centre Square West ♦ 1500 Market Street, 38th Floor ♦ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ♦ Fax: (215) 972-7725

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP