

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2023

Amy S. Kline
Phone: (215) 972-8567
Fax: (215) 972-7725
Amy.Kline@saul.com
www.saul.com

July 12, 2023

*via* **CM/ECF**
Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Granted.

SO ORDERED:

7/12/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

RE: MSR Trust v. Nationstar Mortgage LLC
Case Number: 1:21-cv-03089-GBD-RWL
Third Joint Letter Motion for Stay

Dear Judge Lehrburger:

We represent Plaintiff MSR Trust ("MSR Trust") in the above-referenced matter. We write jointly with Defendant Nationstar Mortgage LLC ("Nationstar") to request an additional one month stay of all deadlines in this matter to finalize the parties' settlement of all claims at issue in this action.

On April 17, 2023, Your Honor granted a sixty-day stay to pursue settlement discussions until June 13, 2023 (Doc. 67). On June 13, 2023, the parties advised Your Honor that they reached a settlement in principle and sought an additional thirty-day extension of the stay to finalize the settlement agreement (Doc. 68). Your Honor granted the request (Doc. 69), which extended the stay until July 13, 2023. Since then, the parties have exchanged comments to the draft written settlement agreement. However, there is one remaining issue that is preventing the settlement from being finalized. Due to the schedules of the requisite businesspeople from each party, the issue has not yet been resolved. Accordingly, the parties respectfully request an additional month, until August 14, 2023, to finalize the settlement.

This is the third request by either party for a stay of all deadlines to pursue settlement discussions. As noted above, the Court granted the prior requests.

Thank you for your consideration.

Respectfully submitted,

Amy S. Kline

CC: All Counsel of Record (via CM/ECF)

Centre Square West ♦ 1500 Market Street, 38th Floor ♦ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ♦ Fax: (215) 972-7725

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP